IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| REBECCA BETHEA DOE, | : | CIVIL ACTION |
| ADMINISTRATRIX FOR THE ESTATE | : | |
| OF ERNEST DOE | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | NO.   10-03854 |
| | : | |
| GLOBE LIFE AND ACCIDENT | : | |
| INSURANCE COMPANY, | : | |
| | : | |
| | : | |
| Defendant. | : | |

## ORDER

**AND NOW**, this *10th* day of *August*, 2011, upon consideration of the Motion for Summary Judgment by Defendant Globe Life and Accident Insurance Company (Docket No. 11), Plaintiff's Response in Opposition (Docket No. 15), and Defendant's Reply (Docket No. 17), it is hereby **ORDERED** that Defendant's Motion for Summary Judgment (Docket No. 11) is **GRANTED**.  **JUDGMENT IS ENTERED** in favor of Defendant and against Plaintiff.  This case is closed.

It is so **ORDERED**.

BY THE COURT:

*s/ Ronald L. Buckwalter*
RONALD L. BUCKWALTER, S.J.